IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTORIA REYES;
JOSE REYES, JR.,

        Plaintiffs,                No. 2:09-cv-03114 GEB KJN PS

    v.

JOSEPH MODESTO; DAVID         ORDER
JAKABOSKY; MICHELLE DAVIS-
TATE; RICHARD WINTERS; and
NANCY MEUER

        Defendants.

_____/

        Plaintiff Victoria Reyes, who is proceeding without counsel, has not paid the fee ordinarily required to file an action in this court and has filed an incomplete application to proceed without prepayment of fees, or in forma pauperis.[1] See 28 U.S.C. §§ 1914(a), 1915(a). Ms. Reyes's application further indicates that Ms. Reyes is currently employed, but does not provide required information about her employment: (1) the amount of Ms. Reyes's take-home salary or wages and pay period, and (2) the name and address of Ms. Reyes's employer.

---

[1] The undersigned notes that no separate application to proceed in forma pauperis has been filed on behalf of plaintiff Jose Reyes, Jr., and the application filed by Ms. Reyes does not indicate that her application was filed on both plaintiffs' behalf.

1

(Application to Proceed Without Prepayment of Fees and Affidavit at 1, Dkt. No. 2.) Ms. Reyes's application also states that in the last 12 months she has received money through a "[b]usiness, profession or other self-employment," but has not provided the required description identifying: (1) each source of the money, (2) the amount received, and (3) what amount, if any, she expects she will continue to receive.[2] (Id.)

Ms. Reyes will be provided the opportunity to submit either the appropriate affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee.

For the reasons stated above, IT IS HEREBY ORDERED that:

1. Plaintiff Victoria Reyes shall submit, within twenty (20) days from the date of this order, either a completed application and affidavit in support of her request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee. Her failure to comply with this order will result in a recommendation that this action be dismissed.

2. The Clerk of the Court is directed to send to Ms. Reyes a new Application to Proceed Without Prepayment of Fees and Affidavit.

DATED: March 9, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[2] Her application appears to state that she has some form of bank account with Wells Fargo Bank, but that it only contains $10.00.

2