IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTORIA REYES;
JOSE REYES, JR.,

    Plaintiffs,                    No. 2:09-cv-03114 GEB KJN PS

    v.

JOSEPH MODESTO; DAVID
JAKABOSKY; MICHELLE DAVIS-
TATE; RICHARD WINTERS; and
NANCY MEUER

    Defendants.                <u>ORDER</u>

        Plaintiffs are proceeding without counsel and in forma pauperis. On April 22, 2010, the undersigned dismissed plaintiffs' complaint without prejudice pursuant to the court's screening authority, 28 U.S.C. § 1915(e)(2), and granted plaintiffs leave to file an amended complaint within 30 days of the service of that order. (Dkt. No. 10.) Plaintiffs did not file a timely amended complaint.

        Plaintiffs have had ongoing problems advising the court of their current address, but on July 22, 2010, plaintiffs filed a document including what amounts to a notice of change of address. (Dkt. No. 12.) In that same document, plaintiffs acknowledge that they were unable to meet the deadline to file an amended complaint and request leave to file an amended complaint.

1

Plaintiffs assert that they were unable to file a timely amended complaint because their previous attorney, Cyrus Zal,[1] withdrew from his representation of plaintiffs and failed to deliver to plaintiffs documents that plaintiffs state they needed to complete and file an amended pleading. It appears from plaintiffs' submission that Mr. Zal has now delivered to plaintiffs all of the documents that plaintiffs previously requested from him.

Based on the circumstances described in plaintiffs' submission, the undersigned will grant plaintiffs' request for leave to file an amended complaint. However, the undersigned will not grant plaintiffs' request that they be permitted an extension until "at least . . . next year" to file an amended pleading. Plaintiffs will be granted 60 days to file an amended complaint that conforms to the requirements stated in the court's screening order entered April 22, 2010.

In addition, plaintiffs request a referral to a legal clinic or other attorneys who may provide plaintiffs assistance in prosecuting their claims. The undersigned offers the following information. Plaintiffs are referred to the Office of Clerk of Court for the Eastern District of California,[2] which can provide plaintiffs a document entitled "Pro Se Package, A Simple Guide to Filing Civil Action." Plaintiffs may also consider visiting the Sacramento County Public Law Library,[3] which might be able to provide useful information. Plaintiffs may also consider contacting the following organizations: Legal Services of Northern California; and Voluntary Legal Services of Northern California.

For the reasons stated above, IT IS HEREBY ORDERED that:

1. Plaintiffs' request for leave to file an amended complaint (Dkt. No. 12) is

---

[1] It does not appear that Mr. Zal ever formally appeared on behalf of plaintiffs in the action pending before this court.

[2] The clerk's office is located on the fourth floor of the federal courthouse, 501 "I" Street, Sacramento, California.

[3] The main branch of the Sacramento County Public Law Library is located at 813 Sixth Street, First Floor, Sacramento, CA 95814.

1  granted.

2      2.    Plaintiffs shall have 60 days from the date of service of this order to file an
3  amended complaint, as described in this court's order entered April 22, 2010 (Dkt. No. 10).
4  DATED: July 28, 2010

```
                          _____
                          KENDALL J. NEWMAN
                          UNITED STATES MAGISTRATE JUDGE
```

3