IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTORIA REYES;
JOSE REYES, JR.,

      Plaintiffs,                      No. 2:09-cv-03114 GEB KJN PS

   v.

JOSEPH MODESTO; DAVID
JAKABOSKY; MICHELLE DAVIS-
TATE; RICHARD WINTERS; and
NANCY MEUER

      Defendants.                 <u>ORDER</u>

_____/

        Plaintiffs are proceeding without counsel and in forma pauperis. On September 29, 2010, the undersigned ordered service of plaintiffs' First Amended Complaint on the five named defendants. (Dkt. No. 16.) In order to effectuate service of the First Amended Complaint on defendants, the court's order required plaintiffs to submit to the United States Marshal within 30 days, among other things, completed USM-285 forms for each defendant to be served. The USM-285 form requires that plaintiffs enter the addresses for service and other information for each defendant to be served.

        On October 28, 2010, plaintiffs filed a one-page request, addressed to the "County Clerk," seeking "all information on mailing addresses and or phone numbers of all defendants so

it would make it easier for me to mail all documents." (Dkt. No. 19.) Plaintiffs also requested that if the "County Clerk" "fill out anything [that plaintiffs] missed" if the clerk was able and had time to do so. (Id.) Plaintiffs submitted the actual, incomplete USM-285 forms to the court along with their request, and the Clerk of Court is currently in possession of those forms.

To the extent that plaintiffs intended to file this request with the "County Clerk" for the County of Yolo, which it appears might be the case, they have filed this request in the wrong place. This is a federal court and not a county office.

Assuming that plaintiffs intended to request that this federal court provide assistance or information, the court will not grant such assistance at this time. First, plaintiffs have not indicated what efforts, if any, they have made to obtain defendants' respective service information. Second, plaintiffs may promptly attempt to obtain the required information through use of the California Public Records Act, which is provided for in California Government Code §§ 6250 et seq. If plaintiffs' access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

For the reasons stated above, IT IS HEREBY ORDERED that:

1. Plaintiffs' request for assistance in obtaining information required to effectuate service on the named defendants is denied without prejudice.

2. The Clerk of Court is directed to return the incomplete USM-285 forms to plaintiffs.

IT IS SO ORDERED.

DATED: November 8, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE