IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTORIA REYES;
JOSE REYES, JR.,

        Plaintiffs,                No. 2:09-cv-03114 GEB KJN PS

    v.

JOSEPH MODESTO; DAVID
JAKABOSKY; MICHELLE DAVIS-
TATE; RICHARD WINTERS; and
NANCY MEUER

        Defendants.          <u>ORDER</u>

_____/

        Plaintiffs are proceeding without counsel and in forma pauperis.  On September 29, 2010, the undersigned ordered service of plaintiffs' First Amended Complaint on the five named defendants.  (Dkt. No. 16.)  In order to effectuate service of the First Amended Complaint on defendants, the court's order required plaintiffs to submit to the United States Marshal within 30 days, among other things, completed USM-285 forms for each defendant to be served.  The USM-285 form requires that plaintiffs enter the addresses for service and other information for each defendant to be served.

        On October 28, 2010, plaintiffs filed a one-page request for assistance in acquiring the addresses and other information pertaining to the named defendants that plaintiffs

1

1 require to complete the USM-285 forms. The undersigned denied plaintiffs' request without
2 prejudice. (Dkt. No. 20.)
3       On December 2, 2010, plaintiff Jose Reyes filed a request for a 60-day extension
4 of time in which to complete the USM-285 forms and return them to the United States Marshal.
5 (Dkt. No. 21.) The undersigned grants the request for an extension of time.
6       Accordingly, IT IS HEREBY ORDERED that:
7       1.    Plaintiffs shall have 60 days from the date of this order to submit
8 completed USM-285 forms and other previously identified documents to the United States
9 Marshal in order to effectuate service of plaintiffs' First Amended Complaint.
10       2.    The Clerk of Court is directed to transmit to plaintiff Jose Reyes five
11 USM-285 forms.
12       3.    All remaining requirements of the court's service order (Dkt. No. 16)
13 remain in effect.
14       IT IS SO ORDERED.
15 DATED: December 7, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE