IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTORIA REYES;
JOSE REYES, JR.,

        Plaintiffs,                            No. CIV-S-09-3114-KJM-KJN-PS

    vs.

JOSEPH MODESTO, et al.,

        Defendants.                    ORDER

/

        On January 27, 2012, the magistrate judge filed findings and recommendations, which were served on plaintiffs and contained notice that any objections to the findings and recommendations were to be filed within fourteen days.[1]  No objections were filed.

        Although it appears from the file that plaintiff Jose Reyes's copy of the findings and recommendations was returned, plaintiff was properly served.  It is plaintiff's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.  In any event, plaintiffs are granted, by this order, the relief that they requested.

---

[1] This case was previously dismissed for plaintiffs' failure to effectuate service of process. Accordingly, none of the named defendants has appeared in the action, and the magistrate judge's proposed findings and recommendations were not served on the named defendants.

1  The court presumes that any findings of fact are correct. *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed January 27, 2012, are ADOPTED.

2. Plaintiffs' motion to reopen this case (ECF No. 33) is granted and the Clerk of Court is directed to reopen this file.

3. Plaintiffs may either attempt to effectuate service of their First Amended Complaint through the U.S. Marshal's office or file a second amended complaint, which will be subject to screening. **Within 30 days of the date of this order, plaintiffs must file a notice with the court indicating whether they intend to effectuate service of their First Amended Complaint through the U.S. Marshal's office *or* file a second amended complaint.** Thereafter, the magistrate judge will enter a separate order addressing the timing and other requirements addressed to the option selected by plaintiffs.

4. Plaintiff's application to proceed in forma pauperis (ECF No. 34) is denied as moot.

5. The Clerk of Court shall administratively close the action entitled Reyes v. West Sacramento Police, et al., No. 2:12-cv-00004 KJM KJN PS (E.D. Cal.).

DATED: March 26, 2012.

_____
UNITED STATES DISTRICT JUDGE

reye3114.jo

2