UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA REYES, et al., | Civ. No.  S-09-3114 KJM KJN PS |
| Plaintiffs, | |
| v. | ORDER |
| JOSEPH MODESTO, et al., | |
| Defendants. | |

On August 29, 2012, this court adopted the magistrate judge's findings and recommendations and dismissed this case with prejudice for plaintiffs' failure to prosecute.

On September 5, 2013, plaintiff Victoria Reyes filed a change of address, coupled with a request to reopen her case.  As the docket reflects plaintiffs' continued failure to comply with the court's orders and to prosecute the case, the court declines to reopen.  No further orders will issue in this closed case.

IT IS SO ORDERED.

DATED: September 12, 2013.

_____
UNITED STATES DISTRICT JUDGE

1